UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re: )
    **Robert Virgil Johnson** )   Case No. _____
    **237 Edwards Road** )   Chapter  **13**
    **Sanford, NC 27332** )
)
    **Sandra Marie Johnson** )
    **237 Edwards Road** )
    **Sanford, NC 27332** )
)
)
)
SS#  **xxx-xx-6641** )
SS#  **xxx-xx-8385** )
                 Debtor(s) )

## NOTICE TO CREDITORS AND PROPOSED PLAN

The Debtor(s) filed for relief under Chapter 13 of the United States Bankruptcy Code on **February 2, 2016** .

The filing automatically stays collection and other actions against the Debtor, Debtor's property and certain co-debtors. If you attempt to collect a debt or take other action in violation of the bankruptcy stay you may be penalized.

Official notice will be sent to creditors, which will provide the name and address of the Trustee, the date and time of the meeting of creditors, and the deadline for objecting to the plan. The official notice will include a proof of claim form.

A creditor must timely file a proof of claim with the Trustee in order to receive distributions under the plan. The Trustee will mail payments to the address provided on the proof of claim unless the creditor provides another address in writing for payments. If the proof of claim is subsequently assigned or transferred, the Trustee will continue to remit payment to the original creditor until a formal notice of assignment or transfer is filed with the Court.

## CHAPTER 13 PLAN SUMMARY

The Debtor proposes an initial plan, which is subject to modification, as follows:

**I.  Plan Payments**

The plan proposes a payment of **$2,755.00** per month for a period of **60** months. The Debtor shall commence payments to the Trustee within thirty (30) days from the date the petition was filed.

**II.  Administrative Costs**

1. **Attorney fees.**
   - ☑ The attorney for the Debtor will be paid the base fee of $3,700.00. The Attorney has received $ **100.00** from the Debtor pre-petition and the remainder of the base fee will be paid monthly by the Trustee as funds are available, after scheduled monthly payments to holders of domestic support obligations and allowed secured claims.
   - ☐ The Attorney for the Debtor will file application for approval of a fee in lieu of the presumptive fee.

2. **Trustee costs.** The Trustee will receive from all disbursements such amount as approved by the Court for payment of fees and expenses

**III.  Priority Claims**

All pre-petition claims entitled to priority under 11 U.S.C. § 507 will be paid in full in deferred cash payments unless otherwise indicated.

1. **Domestic Support Obligations ("DSO")**

   a. ☑ None

   b. The name, address, and phone number, including area code, of the holder of any DSO as defined in § 101(14A) is as follows:

| Name of DSO Claimant | Address, city, state & zip code | Telephone Number |
|---|---|---|
| | | |

   c. All **post-petition** DSO amounts will be paid directly by the Debtor to the holder of the claim and not by the Trustee.

   d. Arrearages owed to DSO claimants under 11 U.S.C.§ 507(a)(1)(A) not presently paid through wage garnishment will be paid by the Trustee as follows:

| Name of DSO Claimant | Estimated Arrearage Claim | Monthly Payment |
|---|---|---|
| | | |

2. **Other priority claims to be paid by Trustee**

| Creditor | Estimated Priority Claim |
|---|---|
| **Internal Revenue Service** | **$3,948.51** |
| **Lee County Tax Office** | **$0.00** |
| **NC Department of Revenue** | **$1,735.79** |

IV. Secured Claims

1. Real Property Secured Claims

    a. ☐ None

    b. All payments on any claim secured by real property will be paid by the Trustee unless the account is current, in which case the Debtor may elect to continue making mortgage payments directly. Arrearage claims will be paid by the Trustee as separate secured claims over the term of the plan, without interest.

| Creditor | Property Address | Residence or Non-residence R/NR | Current Y/N | Monthly Payment | Arrearage Amount | If Current Indicate Payment by Debtor (D) or Trustee (T) |
|---|---|---|---|---|---|---|
| **Freedom Mortgage Corp** | **237 Edwards Road Sanford, NC 27332  Lee County Stick Built Home + 4.340 acres** | **R** | **Y** | **$1,322.79** | **$0.00** | **T** |

2. Personal Property Secured Claims

    a. ☐ None

    b. Claims secured by personal property will be paid by the Trustee as follows:

| Creditor | Collateral | Secured Amount | Purchase Money Y/N | Under-secured Amount | Pre-confirmation adequate protection payment per § 1326(a)(1) | Post-confirmation Equal Monthly Amount (EMA) | Proposed Interest Rate |
|---|---|---|---|---|---|---|---|
| **Service Credit Union** | **2009 Jeep Wrangler 100,000 miles** | **$6,622.00** | **Y** | **$0.00** | **$66.22** | **$125.73** | **5.25%** |
| **W S Badcock Corporation** | **Living Room Set + Bunkbeds + Mattresses** | **$1,890.00** | **Y** | **$0.00** | **$0.00** | **$35.88** | **5.25%** |
| **Wells Fargo Dealer Services** | **2009 Dodge Ram 1500 Quad Cab 100,000 miles** | **$16,020.00** | **Y** | **$4,259.00** | **$160.20** | **$304.16** | **5.25%** |

The Trustee will disburse pre-confirmation adequate protection payments to secured creditors holding allowed purchase money secured claims. Claims having a collateral value of less than $2,000.00 will not receive adequate protection payments.

*To the extent that the valuation provisions of 11 U.S.C. § 506 do not apply to any of the claims listed above, the creditor's failure to object to confirmation of the proposed plan shall constitute the creditor's acceptance of the treatment of its claim as proposed, pursuant to 11 U.S.C. § 1325(a)(5)(A).*

3. Collateral to be Released

The Debtor proposes to release the following collateral:

| Creditor | Collateral to be Released |
|---|---|
| **United Consumer Financial Services** | **Kirby Vacuum Cleaner** |
| **Vanderbilt Mortgage** | **1998 Doublewide Mobile Home**<br>**Location: 15 NE Kentucky Ave Winnabow, NC;**<br>**Debtor's mother is the co-signer and is the resident of the property.**<br>**Co-Signer responsible for making payments**<br>**Debtor surrenders, all right, title and interest** |
| **Wells Fargo Home Mortgage** | **21147 Hideaway Lane Saint Robert, MO 65584  Pulaski County** |

4. **Liens to be Avoided**

The Debtor pursuant to 11 U.S.C. § 522 proposes to avoid the following liens on property to the extent that such liens impair the Debtor's exemption:

| Lien Creditor | Property |
|---|---|
| -NONE- | |

## V.  Co-Debtor Claims

The Debtor proposes to separately classify for payment in full the following claims for consumer debts on which an individual is liable with the Debtor:

| Creditor | Co-Debtor | Interest Rate | Monthly Payment |
|---|---|---|---|
| -NONE- | | | |

## VI.  General Unsecured Claims Not Separately Classified

General unsecured claims will be paid on a pro-rata basis, with payments to commence after priority unsecured claims are paid in full. The estimated dividend to general unsecured claims is __100__ %.

## VII.  Executory Contracts/Leases

a.  ☑ None

b.  The following executory contracts and/or leases will be rejected:

| Creditor | Nature of lease or contract |
|---|---|
| | |

c.  The following executory contracts and/or leases will be assumed. The Debtor will pay directly all lease payments which come due from the petition filing date until confirmation of the plan. Upon confirmation, payments will be paid as follows:

| Creditor | Nature of Lease or Contract | Monthly payment | Monthly payment paid by Debtor (D) or Trustee (T) | Arrearage Amount | Arrearage paid by Debtor (D) or Trustee (T) | Arrearage monthly payment |
|---|---|---|---|---|---|---|
| -NONE- | | | | | | |

## VIII.  Special Provisions

a.  ☑ None

b.  Other classes of unsecured claims and treatment

    c.    Other Special Terms

Date: **February 2, 2016**

/s/A.B. Harrington III

**A.B. Harrington, III 1913**

Attorney for the Debtor

Address: **Post Office Box 1072**
**311 North Horner Boulevard**
**Sanford, NC 27331-1072**

Telephone: **(919) 775-3447**

State Bar No. **1913**

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

In Re:  )
    **Robert Virgil Johnson**  )     **NOTICE TO CREDITORS**
    **Sandra Marie Johnson**  )              **AND**
      )        **PROPOSED PLAN**
SS#   **xxx-xx-6641**  )
SS#   **xxx-xx-8385**  )     Case No. _____
              Debtor(s)  )

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the Notice to Creditors and Proposed Plan was served by first class mail, postage prepaid, to the following parties at their respective addresses:

**Reid Wilcox**
**Clerk of Court**
**U.S. Bankruptcy Court**
**Middle District of North Carolina**
**P.O. Box 26100**
**Greensboro, NC 27402**

**Richard M. Hutson, II**
**Chapter 13 Trustee**
**Durham Division**
**Post Office Box 3613**
**Durham, NC 27702-3613**

**AAFES/Mil Star/Exchange**
**Attn: Managing Agent**
**c/o Creditors Bankruptcy Service**
**PO Box 740933**
**Dallas, TX 75374**

**Carolina Lease Management Group**
**Attn: Managing Agent**
**2726 Viar Road**
**Halls, TN 38040**

**Chase Card**
**Po Box 15298**
**Wilmington, DE 19850**

**Credit First/CFNA**
**Bk13 Credit Operations**
**Po Box 818011**
**Cleveland, OH 44181**

**Fingerhut**
**6250 Ridgewood Rd**
**St Cloud, MN 56303**

**Freedom Mortgage Corp**
**Attn: Managing Agent / Officer**
**10500 Kincaid Dr**
**Fishers, IN 46037**

**Harris & Harris, Ltd**
**111 W Jackson Blvd**
**Suite 400**
**Chicago, IL 60604**

**Reginald S. Hinton**
**Process Agent for NC Depart. of Revenue**
**Post Office Box 2500**
**Raleigh, NC 27640-5000**

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101**

**Lee County Tax Office**
**Attn:Bankruptcy**
**Post Office Box 1968**
**Sanford, NC 27331-1968**

**NC Department of Revenue**
**Office Services Division**
**Bankruptcy Unit**
**P.O. Box 1168**
**Raleigh, NC 27602-1168**

**Optimum Outcomes**
**Attn: Managing Agent / Officer**
**421 Fayetteville St Ste 600**
**Raleigh, NC 27601**

**Service Credit Union**
**Attn: Managing Agent / Officer**
**90 S Main St.**
**Rochester, NH 03867**

**Synchrony Bank/Care Credit**
**Attn: bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

**Synchrony Bank/Gap**
**Attn: Bankrupty**
**Po Box 103104**
**Roswell, GA 30076**

**Synchrony Bank/Lowes**
**Attn: Bankruptcy**
**Po Box 103104**
**Roswell, GA 30076**

**Trac/cbsd**
**Po Box 6500**
**Sioux Falls, SD 57117**

**UNC Physicians**
**Attn: Managing Agent / Officer**
**Po Box 602948**
**Charlotte, NC 28260**

**United Consumer Financial Services**
**Attn: Managing Agent / Officer**
**865 Bassett Rd**
**Westlake, OH 44145**

**US Attorney's Office Middle District**
**101 South Edgeworth Street, 4th floor**
**Greensboro, NC 27402-1858**

**USAA Federal Savings Bank**
**10750 Mcdermott Freeway**
**San Antonio, TX 78288**

**Usaa Savings Bank**
**Po Box 47504**
**San Antonio, TX 78265**

**Vanderbilt Mortgage**
**Attn: Bankruptcy Dept**
**P.O. Box 9800**
**Maryville, TN 37802**

**W S Badcock Corporation**
**Attn: Managing Agent**
**PO Box 232**

Mulberry, FL 33860

**Wells Fargo Home Mortgage**
**Written Correspondence Resolutions**
**Mac # X 2302-04e  Po Box 10335**
**Des Moines, IA 50306**

Date:     **February 2, 2016**                               /s/ A.B. Harrington III
                                                             **A.B. Harrington, III 1913**